# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | ) Chapter 11 |
| ) | |
| FLUID ROUTING SOLUTIONS, ) | ) Case No. 09-10384 (CSS) |
| INTERMEDIATE HOLDING CORP. ) | |
| a Delaware Corporation, et al. ) | ) Jointly Administered |
| ) | |
| Debtors.[1] ) | |

## MOTION AND ORDER FOR ADMISSION TO
## PRO HAC VICE OF ERIKA L. MORABITO

I, Richard W. Riley, Esquire, pursuant to D.Del.LR 83.5 and the attached certification, moves the admission pro hac vice of Erika L. Morabito, Esquire of Foley & Lardner, LLP to act as counsel to the Official Committee of Unsecured Creditors in this case and in any related proceedings.

Dated: February 18, 2009
Wilmington, Delaware

DUANE MORRIS LLP

By: _____
Richard W. Riley (Del. Bar No. 4052)
100 North Market Street, Suite 1200
Wilmington, DE 19801

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: February ___, 2009

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: Fluid Routing Solutions Intermediate Holding Corp. (1438); Fluid Routing Solutions, Inc. (1567); Fluid Routing Solutions Automotive, LLC (f/k/a Mark IV Automotive, LLC) (6301), and Detroit Fuel, Inc. (4910). The address for each of the Debtors is 1955 Enterprise Drive, Rochester Hills, MI 48309.

# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D.Del.LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Virginia and the District of Columbia, and admitted to practice in the United States Court of Appeals for the Fourth Circuit, the United States District and Bankruptcy Courts for the Eastern and Western Districts of Virginia, the United States Court of Appeals for the District of Columbia, the United States District Court for the District of Columbia and the Supreme Court of Virginia, and pursuant to D.Del.LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Erika L. Morabito
FOLEY & LARDNER LLP
3000 K Street, N.W.
Suite 500
Washington, D.C. 20007
(202) 672-5300 (Telephone)
(202) 672-5399 (Facsimile)